**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

IN RE: Christopher A. Fuqua             CHAPTER 7
Debtor(s)             CASE NO. 24-60709

**NOTICE OF HEARING ON DEBTOR'S MOTION TO CONVERT FROM
CHAPTER 7 TO CHAPTER 13**

Pursuant to Local Rule 1017-3(B), please take notice that Counsel for the above-named Debtor(s) filed a Motion to Convert from Chapter 7 to Chapter 13, true copies of which are attached hereto, and shall submit the same to the Honorable Rebecca B. Connelly, Bankruptcy Judge, for approval on September 18, 2024 at 10:00 am., or as soon thereafter as the parties may be heard by Zoom Video Conferencing at https://vawb-uscourts-gov.zoomgov.com/j/1603692643; Meeting Id: 160 369 2643

Objections to the Motion to Convert from Chapter 7 to Chapter 13 must be filed in writing, with copies thereof served on the Trustee and Counsel for the Debtor(s) more seven (7) days before the date of the hearing as set forth above. The failure to file a response by this deadline may result in the Court treating the Motion as uncontested, entering an order granting the Motion prior to the hearing date and canceling the hearing described in this Notice.

I do hereby certify that a copy of this Notice and Motion have been sent to the Chapter 7 Trustee and U.S. Trustee's Office by ECF Mail, and all creditors by first class postage prepaid mail in this case on the after mentioned date.

Dated: 8/21/2024             Christopher A. Fuqua
            /s/ Stephen E. Dunn
            Of Counsel
            Stephen E. Dunn, Esq., VSB No. 26355
            Michelle J. Dunn, Esq., VSB No. 90687
            Stephen E. Dunn, PLLC
            201 Enterprise Dr., Suite A
            Forest, Va. 24551
            Phone: 434-385-4850
            Email: stephen@stephendunn-pllc.com
                    michelle@stephendunn-pllc.com

# United States Bankruptcy Court
## Western District of Virginia

In re  **Christopher A Fuqua**                                            Case No.  **24-60709**
                                    Debtor(s)                              Chapter   **13**

## MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **July 2, 2024**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date **August 19, 2024**                Signature  **/s/ Christopher A Fuqua**
                                                   **Christopher A Fuqua**
                                                   Debtor

Attorney  **/s/ Stephen E. Dunn**
          **Stephen E. Dunn 26355**

Stephen E. Dunn, PLLC
201 Enterprise Drive
Suite A
Forest, VA 24551
434-385-4850
Fax: 434-385-8868
stephen@stephendunn-pllc.com; michelle@stephendunn-pllc.com